UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>       Plaintiff,<br><br>  -against-<br><br>ANTHONY PISTILLI et al.,<br><br>       Defendants. | 22-cv-02654 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of *pro se* Plaintiff's motion requesting a temporary restraining order against Defendants. ECF No. 46. Defendant shall file its response to Plaintiff's motion by **March 3, 2023**. The Court will hold a telephonic conference to discuss the motion and Plaintiff's request to amend her complaint on **Monday, March 6, 2023** at **4:00PM**. The parties should join the conference by calling the Court's dedicated conference line at 877-336-1831 and using access code 558-3342, followed by the pound (#) key. Defense counsel shall serve Plaintiff with a copy of this order by mail and email.

New York, New York
Dated: March 1, 2023

                       SO ORDERED.

                       *Jennifer Rochon*
                       JENNIFER L. ROCHON
                       United States District Judge