Activity 1:22-cv-01623-NRM-RER
Your ref
Our ref USS228.1106102

# Kennedys

570 Lexington Avenue
8th Floor
New York, NY 10022
USA

t +1 212.252.0004
f +1 212.832.4920

kennedyslaw.com

t +1 646.625.3970

Thomas.maroney@kennedyslaw.com

May 30, 2023

**Via Electronic Filing**

Hon. Nina Morrison
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201, 6E North

Re: <u>Jane Doe v. Anthony Pistilli, Pistilli Group, 30-86 32nd Street LLC, et al.</u>
Index No.: 1:22-cv-01623-NRM-RER
Re: Status

Dear Honorable Morrison:

We write to request that Doc. # 54-2 (Pages 1-17) be temporarily sealed as it contains identifying information regarding another matter which was efiled by plaintiff in the Housing Court LT. I am sorry as my assistant inadvertently efiled same without redacting.

We appreciate the Court's time and attention to this matter.

Yours sincerely,

**Thomas Maroney**
Partner for Kennedys

cc: **Via First Class Mail & Electronic Mail**
Jane Doe
Pro Se Plaintiff
30-86 32nd Street, Apartment 12
Astoria, NY 11102

Kennedys is a trading name of Kennedys CMK LLP. Kennedys Law LLP, a UK Limited Liability Partnership, is a partner of Kennedys CMK LLP

*Kennedys offices, associations and cooperations:* Argentina, Australia, Belgium, Bermuda, Brazil, Canada, Chile, China, Colombia, Denmark, Dominican Republic, England and Wales, France, Guatemala, Hong Kong, India, Ireland, Israel, Italy, Mexico, New Zealand, Northern Ireland, Norway, Oman, Pakistan, Panama, Peru, Poland, Portugal, Puerto Rico, Russian Federation, Scotland, Singapore, Spain, Sweden, Thailand, United Arab Emirates, United States of America.

69325063.1