<u>VIA PRO SE INTAK OF ICE LERK ILING:</u>　　　　　　　　　　　　　　　July 12, 2024

Hon. Judge Natasha C. Merle
Hon. Magistrate Judge Joseph A. Marutollo
United State District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


Re: Jane Doe v. Anthony Pistilli, Pistilli Group, 30-86 32nd Street LLC, et al

Index No. 1:23-cv-01623-NCM-JAM

Re: **Reply and Request for Court intervention on Additional Issue Related to the Answer**

Dear Honorable Court,

I write to confirm that I do not object to Lidia Management's involvement in this case. However, I wish to clarify that contrary to the assertion of Michael J. Biniakewitz, Esq., Lidia Management has not been mentioned in any prior complaints. My primary concern remains the identification of PISTILLI REALTY GROUP in my lease agreement.

Additionally, I respectfully request court intervention regarding the designation of counsel authorized to represent PHOENIX MANAGEMENT 23 LLC and Thomas Barresi. The answer filed by Michael J. Biniakewitz does not include responses from PHOENIX MANAGEMENT 23 LLC and Thomas Barresi. As of today, those two parties have not responded.

I intend to respond to the second letter from Michael J. Biniakewitz later today.


Date: July 12, 2024
Queens, New York


　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

_____/s/_____
Jane Doe
Pro se

*cc: All Parties of Record via ECF*
*To: Michael J. Biniakewitz Esq*
*To: Rebecca J. Rosedale Esq*